**JS-6**

1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| LASER SPINE INSTITUTE, LLC, | Case No. 2:18-cv-06920-ODW (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PLAYA ADVANCE SURGICAL INSTITUTE, LLC d/b/a CALIFORNIA LASER SPINE INSTITUTE; SILICON BEACH MEDICAL CENTER INC. d/b/a CALIFORNIA LASER SPINE INSTITUTE, and YOUNG SUN YI d/b/a CALIFORNIA LASER SPINE INSTITUTE, | |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## **JUDGMENT**

2        In light of the Court's Order **GRANTING IN PART** Plaintiff Laser Spine

3    Institute, LLC's Application for Default Judgment (ECF No. 53), **IT IS HEREBY**

4    **ORDERED:**

5        1. Plaintiff shall recover $30,000 in statutory damages for copyright

6           infringement from Defendants;

7        2. Plaintiff shall recover $406.67 in litigation costs and $2400 in attorney's

8           fees from Defendants;

9        3. Plaintiff shall receive no injunctive relief; and

10       4. The Court **VACATES** all dates and deadlines.  The Clerk of the Court

11          shall close the case.

12          **IT IS SO ORDERED.**

13

14

15   September 23, 2020

16

17   _____

18                **OTIS D. WRIGHT, II**
             **UNITED STATES DISTRICT JUDGE**

19

20

21

22

23

24

25

26

27

28

2